# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

MICHAEL HOLMBERG,

          Plaintiff,

  v.

PETER ROBINSON, et al.

          Defendants.

NO. C08-5775 RJB/KLS

ORDER GRANTING EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION

Before the court is Defendants' Motion for Extension of Time to File Summary Judgment Motion. Dkt. 69. Having reviewed Defendants' motion and balance of the record, the court **ORDERS:**

(1) Defendants' motion for an extension of time to file their summary judgment motion (Dkt. 69) is **GRANTED.**

(2) Defendants may file their summary judgment motion **on or before March 1, 2010.** Defendants' motion for summary judgment shall be **re-noted for March 26, 2010**. Plaintiff may file his response on or before **March 22, 2010** and Defendants may file a reply on or before **March 26, 2010**.

(3) The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this __2nd__ day of February, 2010.

                                      Karen L. Strombom
                                      United States Magistrate Judge