**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| MICHAEL HOLMBERG,<br><br>          Plaintiff,<br><br>     v.<br><br>PETER ROBINSON, et al.<br><br>          Defendants. | NO. C08-5775 RJB/KLS<br><br>ORDER LIFTING STAY OF DISCOVERY AND GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

By Order dated January 11, 2010, Defendants' motion to dismiss (Dkt. 45) was re-noted as a motion for summary judgment. Dkt. 68. By Order dated February 2, 2010, Defendants were granted an extension of time within which to file their summary judgment motion. Dkt. 72. Defendants filed their motion for summary judgment on February 23, 2010, and it was noted on the court's calendar for consideration on March 19, 2010. Dkt. 74.

Presently before the Court is Plaintiff's motion to extend the noting date of the summary judgment motion to allow time for discovery. Dkt. 75. Defendants oppose the motion. Dkt. 77. Upon review of Plaintiff's motion and balance of the record, the Court finds that a reasonable extension of time is warranted.

Accordingly, it is **ORDERED:**

(1)   The stay of discovery (Dkt. 59) is **LIFTED.**

(2)   Plaintiff's motion for an extension (Dkt. 75) is **GRANTED**. Plaintiff shall file his response to Defendants' motion for summary judgment on or before **July 12, 2010**.

ORDER - 1

Case 3:08-cv-05775-KLS   Document 78   Filed 04/02/10   Page 2 of 2

     (3)    The Clerk shall **re-note** Defendants' motion for summary judgment (Dkt. 74) for **July 16, 2010**, and to send copies of this Order to Plaintiff and counsel for Defendants.

     DATED this  1st  day of April, 2010.

                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER - 2