

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

MICHAEL HOLMBERG,

                        Plaintiff,

    v.

ELDON VAIL, RONALD VAN
BOENING, HAROLD CLARKE,
JAMES THATCHER, DANIEL
FITZPATRICK and FRANKLIN
FINDLEY.

                        Defendants.

NO. C08-5775 RJB/KLS

ORDER GRANTING EXTENSION TO
RESPOND TO MOTION FOR
SUMMARY JUDGMENT

17      Before the court is Plaintiff's motion for an extension of time to file his response to

18  Defendants' motion for summary judgment.  Dkt. 86.  Defendants oppose the motion.  Dkt.

19  87.  Having considered the motion, and balance of the record, the court finds that Plaintiff's

20  motion for a seven day extension of time to file his response should be granted.  Plaintiff's

21  response was due on August 19, 2010.  Dkt. 83.   Plaintiff filed his response on August 26,

22  2010.  Dkt. 88.  Plaintiff may not file any more papers in response to Defendants' motion for

23  summary judgment.

24      Accordingly, it is **ORDERED:**

25      (1)      Plaintiff's motion for extension of time (Dkt. 86) is **GRANTED.**

26

ORDER - 1

1

2

       (2)      The Clerk shall **re-note** Defendants' motion for summary judgment (Dkt. 74) is **for September 17, 2010.** Defendants may file a reply **on or before September 17, 2010.**

3

       (2)      The Clerk shall send a copy of this Order to Plaintiff and counsel for

4

Defendants.

5

6

      DATED this __2nd__ day of September, 2010.

7

8

9

                       Karen L. Strombom
                       United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2