# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL HOLMBERG

v.

ELDON VAIL, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5775RJB/KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation (Dkt. 92) is **ADOPTED**;

Plaintiff's federal claims are **DISMISSED WITH PREJUDICE**; and

This Court declines to exercise supplemental jurisdiction over the state law claims, and the state law claims are **DISMISSED WITHOUT PREJUDICE.**

January 11, 2011

WILLIAM M. McCOOL
Clerk

*s/CM Gonzalez*
By, Deputy Clerk